# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **TERENCE WINBOURNE, ET AL.** | * | **CIVIL ACTION NO. 3:18-cv-1177** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **WILSHIRE INSURANCE CO., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' claims against Defendant M.J. Kelly of Arkansas, Inc. are hereby **DISMISSED WITH PREJUDICE**. Fed. R. Civ. P. 12(b)(6).

Monroe, Louisiana, this 19th day of November, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**